1  HOWARD M. GARFIELD; State Bar #43369
   KEVIN D. WHITTAKER; State Bar #224700
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4
   hgarfield@longlevit.com
5  kwhittaker@longlevit.com

6  Attorneys for Defendant and Cross-Claimant
   TROPHY TECHNOLOGIES, INC.

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY  D.A.  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PRIMAL SOLUTIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TROPHY TECHNOLOGIES, INC., a Michigan corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE No.   CV06-4295 ABC(MANx)<br><br>[PROPOSED] ORDER OF DISMISSALS<br><br><br><br>Action filed:    July 7, 2006 |

Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Stipulation of Dismissals, plaintiff and cross-defendant PRIMAL SOLUTIONS, INC. ("PRIMAL") and defendant and cross-claimant TROPHY TECHNOLOGIES, INC. ("TROPHY"), by and through their counsel, have represented to the Court that all claims and cross-claims asserted in this action have been satisfactorily resolved and settled.  Pursuant to the settlement, the parties agree to dismissals with prejudice of all respective causes of action asserted.

Upon consideration, it is accordingly ORDERED that all causes of action asserted by PRIMAL and TROPHY are DISMISSED with prejudice, the parties bearing their own costs, attorneys' fees, and expenses relating to this action.

////

*[signature]*
Jan. 17, 2008

BY FAX

Case No. CV06-4295 ABC(MANx)                    1                    [PROPOSED] ORDER OF DISMISSALS

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222